UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TRUSTEES OF THE BUILDING TRADES
EDUCATIONAL BENEFIT FUND, *et al.*,

                           Plaintiffs,                **ORDER ADOPTING R&R**
                                                          20-CV-03700 (DRH) (JMW)

-against-

LAURA ELECTRICAL LIGHTING &
MAINTENANCE SERVICE INC. and
CONSTANCE GARGIULO,
                           Defendants.
----------------------------------------------------------X

      Presently before the Court is the Report and Recommendation of Magistrate Judge James M. Wicks, dated December 14, 2021, recommending that Plaintiff's motion for default judgment as to liability be granted, that Plaintiff's motion as to damages be granted in part and denied in part, and that Plaintiff accordingly be awarded $58,018.87 in damages and $2,100.00 in attorney's fees. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the December 14, 2021 Report and Recommendation of Judge Wicks as if set forth herein. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's motion for a default judgment is granted to the extent that Plaintiff is awarded $58,018.87 in damages and $2,100.00 in attorney's fees, jointly and severally, as against defendants Laura Electrical Lighting &

Maintenance Service Inc. and Constance Gargiulo. The Clerk of Court is directed to enter judgment accordingly and to close this case.

Dated: Central Islip, New York         <u>s/ Denis R. Hurley</u>
       January 6, 2022              Denis R. Hurley
                                          United States District Judge